# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1306**

**KA 10-01796**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, CARNI, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                              ORDER

JOANN RUSBY, ALSO KNOWN AS JOANN M. RUSBY, ALSO
KNOWN AS JOANN VANWUYCKHUYSE, ALSO KNOWN AS
JOANN SPICER, DEFENDANT-APPELLANT.

---

GARY A. HORTON, PUBLIC DEFENDER, BATAVIA (BRIDGET L. FIELD OF
COUNSEL), FOR DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Genesee County Court (Robert C.
Noonan, J.), rendered October 6, 2009. The judgment convicted
defendant, upon her plea of guilty, of criminal sale of a controlled
substance in the third degree and criminally negligent homicide.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered: December 23, 2011                              Frances E. Cafarell
                                                        Clerk of the Court